**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 328 WAL 2014
:
                 Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
       v. :
:
:
:
MAJOR RUE, :
:
             Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 5th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.